**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-6536**

_____

K'DARIUS WEST,

        Plaintiff - Appellant,

    v.

OFFICER DOUG BRANHAM,

        Defendant - Appellee,

    and

SERGEANT AUSTIN W. BENTLEY, MAJOR CHRISTOPHER KING; WARDEN RICK WHITE; PAUL HAYMES; GREGORY HOLLOWAY,

        Defendants.

_____

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  James P. Jones, Senior District Judge.  (7:23-cv-00592-JPJ-PMS)

_____

Submitted:  December 23, 2025               Decided:  December 31, 2025

_____

Before WILKINSON and RUSHING, Circuit Judges, and FLOYD, Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

K'Darius West, Appellant Pro Se.  Nathan Henry Schnetzler, FRITH, ANDERSON & PEAKE, PC, Roanoke, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

K'Darius West seeks to appeal the district court's order granting Appellee's motion to seal video footage of the incident forming the basis for West's 42 U.S.C. § 1983 action. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order West seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process

*DISMISSED*